UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE WEBB and DWAYNE FRANCIS | * | CIVIL ACTION |
| | * | NUMBER: |
| VERSUS | | |
| | * | SECTION: |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, BEESAN TRANS, LLC and AHMED BASHARAT | * | MAGISTRATE |
| | * | |

\* \* \* \* \* \* \*

**<u>COMPLAINT</u>**

NOW INTO COURT, through undersigned counsel, comes WILLIE WEBB and DWAYNE FRANCIS, both persons of full age of majority and residents of St. Mary Parish and Iberia Parish respectively, State of Louisiana, and for their Complaint, respectfully avers as follows:

1.

The Court has jurisdiction in this matter pursuant to 28 U.S.C. 1332, because there is a diversity of citizenship and the amount in controversy exceeds $75,000.00.  The plaintiffs are residents of the State of Louisiana, and the defendants are citizens of and/or incorporated in and/or have their principal places of business in a state other than the State of Louisiana.

2.

Made defendants herein are:

A)  PROGRESSIVE SPECIALTY INSURANCE COMPANY, who upon information and belief, is a foreign corporation, organized under the laws and statutes of the State of Ohio, with its principal place of business in Mayfield Village (Cuyahoga County), Ohio.

B)  BEESAN TRANS, LLC, who upon information and belief is a foreign corporation organized under the laws and statutes of the State of Alabama, with its principal place of business in Loxley, AL.

C)  AHMED BESHARAT, who upon information and belief is of full age of majority and resident of Tulare, CA.

3.

Defendants, PROGRESSIVE SECURITY INSURANCE COMPANY, BEESAN TRANS, LLC, and AHMED BESHARAT, are liable jointly severally and *in solido* unto plaintiffs, WILLIE WEBB and DWAYNE FRANCIS, in a reasonable compensatory sum, plus legal interest, and all costs of these proceedings for the following reasons to wit:

4.

On or about July 22, 2019, the plaintiffs were traveling in a 2011 Chrysler 300 driven by Willie Webb, and were travelling eastbound on Florida Blvd., in Baton Rouge, LA, when suddenly and without warning the 2012 Fleet Freight Tractor and trailer owned by Beesan Trans, LLC, and operated by Ahmed Besharat changed lanes into the plaintiff's passenger side.

5.

The plaintiffs were in no manner negligent.  The sole and proximate cause of the accident was the negligence of AHMED BESHARAT, acting in the course and scope of his employment with Beesan Trans, LLC, for whom BEESAN TRANS, LLC, is liable for the acts of its employees pursuant to the theory of *respondeat superior*, in the following non-exclusive respects:

1. Failure to see what he should have seen;

2. Failure to maintain a proper look-out;

3. Operating the vehicle in a careless and reckless manner;

4. Failure to properly maintain the vehicle;

5. Failure to maintain control of his vehicle;

6, Failure to be attentive; and

7. Other acts of negligence which may be proven at the trial of this matter.

6.

Solely by reason of the negligence of the defendants, and other acts and inactions described herein, plaintiff, Willie Webb, sustained severe and disabling injuries including but not limited to the following: possible ruptured disks and nerve damage, as well as possible injuries to his bones, muscles and joints, organs and tissues among other component parts of his head, back, ribs, legs, feet, and hands. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

7.

Plaintiff, Willie Webb, seeks reasonable damage for the following:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and emotional pain;

C. Past, present and future medical expenses;

D. Loss of the enjoyment of life;

E. Past, present and future wage lost wages; and

    F.    Other injuries and damages to be proven at the trial of this matter.

8.

Solely by reason of the negligence of the defendants, and other acts and inactions described herein, plaintiff, Dwayne Francis, sustained serious severe and disabling injuries including but not limited possible ruptured disks and nerve damage, as well as possible injuries to his bones, muscles and joints, organs and tissues among other component parts of his head, back, ribs, legs, feet, and hands.  As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing her usual duties, occupations and avocations.

9.

Plaintiff, Dwayne Francis, seeks reasonable damages for the following:

    A.    Past, present and future physical pain and suffering;

    B.    Past, present and future mental anguish and emotional pain;

    C.    Past, present and future medical expenses;

    D.    Loss of the enjoyment of life;

    E.    Past, present and future wage lost wages; and

    F.    Other injuries and damages to be proven at the trial of this matter.

10.

At all times pertinent hereto, PROGRESSIVE SECURITY INSURANCE COMPANY, was the insurance carrier for AHMED BESHARAT and BEESAN TRANS, LLC, and provided insurance coverage for those parties at the date and time of this accident, which covers the damages

described herein.  Said insurer is made a party hereto pursuant to the Louisiana Direct Action statute.

11.

As a result of the aforesaid negligence on the part of the defendants, plaintiffs have suffered injuries and damages for which defendants are liable unto them, plus legal interest from the date of demand and all costs of these proceedings.

**WHEREFORE**, Plaintiffs pray that this Complaint be deemed good and sufficient, and that after due proceedings had and the expiration of all legal delays herein, there be judgment in favor of the plaintiffs, Willie Webb and Dwayne Francis, and against the defendants, PROGRESSIVE SECURITY INSURANCE COMPANY, AHMED BESHARAT and BEESAN TRANS, LLC, in damages in an amount to be determined at trial, together with interest from the date of demand until paid, and all costs of these proceedings; and for such other relief as the law and equity may provide.

RESPECTFULLY SUBMITTED

BLAKE JONES LAW FIRM, LLC

__/s/JOSHUA L. RUBENSTEIN_____
Lawrence Blake Jones (7495)
Joshua L. Rubenstein (25229)
Patrick J. Eskew (33815)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380
jones@nola-law.com
jrubenstein@nola-law.com
pje@nola-law.com

Counsel for Plaintiffs